UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| BISSO MARINE, LLC | CIVIL ACTION NO: 18-01083 |
| VERSUS | JUDGE ASHE |
| ERIC JUDE WYBLE | MAG. JUDGE MEERVELD |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION TO DISMISS DECLARATORY JUDGMENT ACTION**

NOW INTO COURT, through undersigned counsel, comes Defendant, Eric Jude Wyble, who moves this Honorable Court to dismiss the declaratory judgment action filed by Plaintiff, Bisso Marine, LLC, for the reasons more fully set forth in the attached Memorandum in Support of Motion to Dismiss Declaratory Judgement Action.

        LAWRENCE N. CURTIS, LTD.
        (A Professional Law Corporation)
        300 Rue Beauregard, Bldg. C
        Post Office Box 80247
        Lafayette, Louisiana 70598-0247
        Telephone: (337) 235-1825
        Facsimile: (337) 237-0241
        E-Mail: larry@larrycurtis.com


        BY: s/Lawrence N. Curtis
            LAWRENCE N. CURTIS (4678)

## CERTIFICATE OF SERVICE

I hereby certify that January 29, 2020, a copy of the above and foregoing was filed electronically with the Clerk of Court using CM/ECF system. Notice of this filing will be sent to: David L. Reisman, Esq., by operation of the Court's electronic filing system.

                                          LAWRENCE N. CURTIS, LTD.
                                        (A Professional Law Corporation)
                                        300 Rue Beauregard, Bldg. C
                                        Post Office Box 80247
                                        Lafayette, Louisiana 70598-0247
                                        Telephone: (337) 235-1825
                                        Facsimile: (337) 237-0241
                                        Email: larry@larrycurtis.com

                                        BY: s/Lawrence N. Curtis
                                              LAWRENCE N. CURTIS (4678)