UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| BISSO MARINE, LLC | CIVIL ACTION NO: 18-01083 |
| VERSUS | JUDGE ASHE |
| ERIC JUDE WYBLE | MAG. JUDGE MEERVELD |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Wyble's Motion to Dismiss will be submitted to United States District Judge Barry W. Ashe, on February 13, 2020.

New Orleans, Louisiana this _____ day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE